MEMORANDUM **
Jose Luis Corrales-Navarro, a native and citizen of Mexico, was convicted of hindering prosecution under Arizona Revised Statute § 13-25Í2. An Immigration Judge ordered him removed to Mexico, determining his conviction to be an aggravated felony because it is an offense relating to obstruction of justice under 8 U.S.C. § 1101(a)(43)(S). Applying the interpretation of “obstruction of justice” articulated in In re Valenzuela Gallardo, 25 I. & N. Dec. 838 (BIA 2012), the Board of Immigration Appeals dismissed Corrales-Na-varro’s appeal. Corrales-Navarro now petitions for review.[1]
We have jurisdiction pursuant to 8 U.S.C. § 1252(a)(2)(D). In light of our decision in Valenzuela Gallardo v. Lynch, No. 12-72326, we remand to the Board for either application of the agency interpretation announced in In re Espinoza-Gonzalez, 22 I. & N. Dec. 889 (BIA 1999), or consideration of a new construction of 8 U.S.C. § 1101(a)(43)(S). Because we do not reach Corrales-Navarro’s various arguments, we deny as moot the Government’s motion to strike various portions of Corrales-Navarro’s reply brief.
PETITION GRANTED IN PART, AND REMANDED.

. The parties are familiar with the facts, so we do not recount them in detail,

 This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.